**LAW OFFICES OF ELISE DINARDO**
178 Central Avenue
Jersey City, New Jersey 07307
201-963-9500 (phone)
201-963-5080 (fax)
Attorneys for Defendant, Rashima Wiley

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 08-213 (WHW) |
| *Plaintiff,* | (Honorable William H. Walls, U.S.D.J.) |
| vs. | |
| **RASHIMA WILEY** | ORDER TO AMEND JUDGMENT |
| *Defendant,* | |

**THIS MATTER**, having brought before the Court upon the application of Elise DiNardo, Esq., attorney for the defendant, Rashima Wiley, for an Order Amending the April 18, 2012 Judgment in a Criminal Case, to lift the deferral of the sentence and place defendant into the Mothers and Infants Nurturing Together ("MINT") program and R. Joseph Gribko, A.U.S.A., having consented thereto and for good cause shown;

**IT IS ON THIS** /9 day of June 2012,

**ORDERED** that the Judgment in a Criminal Case is hereby amended as follows:

1. The deferment of defendant's sentence until November 19, 2012, is hereby lifted;

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on August 15, 2012;

3. The Court recommends to the Bureau of Prisons that defendant be enrolled in the MINT program.

William H. Walls, U.S.D.J.