**LAW OFFICES OF ELISE DINARDO**
178 Central Avenue
Jersey City, New Jersey 07307
201-963-9500 (phone)
201-963-5080 (fax)
Attorneys for Defendant, Rashima Wiley

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | :: | |
| | :: | Criminal No. 08-213 (WHW) |
| *Plaintiff,* | :: | |
| | :: | (Honorable William H. Walls, U.S.D.J.) |
| vs. | :: | |
| | :: | CONSENT ORDER |
| **RASHIMA WILEY** | :: | |
| *Defendant,* | :: | |

**THIS MATTER**, having brought before the Court upon the application of Elise DiNardo, Esq., attorney for the defendant, Rashima Wiley, for an Order Amending the April 18, 2012 Judgment in a Criminal Case, deferring defendant's surrender date to November 19, 2012 and recommending to the Bureau of Prisons direct placement into the Mothers and Infants Nurturing Together ("MINT") program after the birth of defendant's twin children, at the Greenbrier Birthing Center in Hillsboro, West Virginia facility and R. Joseph Gribko, A.U.S.A., having consented and for good cause shown;

**IT IS ON THIS** 16 day of August 2012,

**ORDERED** that the Judgment in a Criminal Case is hereby amended as follows:

1. The Court orders the Sentence to be deferred until November 19, 2012.

2. The Court recommends the Bureau of Prisons designate Greenbrier Birthing Center in Hillsboro, West Virginia as the MINT facility wherein Defendant shall serve the sentence imposed by this Court.

William H. Walls, U.S.D.J.